**Appellant's Motion Denied; Appellees' Motion Granted in Part; Order filed September 18, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00399-CV
_____

### KENNETH D. EICHNER, P.C., Appellant

### V.

### PARC CONDO ASSOCIATION, ET AL., Appellee

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2013-21379**

## ORDER

On June 14, 2018, this court abated this appeal for 60 days, and ordered the parties to mediation. On September 4, 2018, appellant filed a motion to continue the abatement period to attend mediation, and requested sanctions against appellees Parc IV and Parc V Condominium Association and Association Management Incorporated. Appellees responded to appellant's motion, and requested the court to lift the abatement and set a briefing schedule.

We deny appellant's motion and grant appellees' motion in part. This court's mediation order remains in place. The parties are ordered to conduct mediation in this appeal. The court orders that all parties or their representatives with full settlement authority shall attend the mediation process, with their counsel of record. The court further orders that within 48 hours of completion of the mediation, the parties shall advise the court in writing whether the case settled.

If mediation fully resolves the issues in the case, the court orders the parties to file a motion to dismiss the appeal, other dispositive motion, or a motion for additional time to file the dispositive motion, within 10 days of the conclusion of the mediation.

The appeal is ordered reinstated, and appellant's brief is due on or before **October 18, 2018.**


PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.